Kenneth M. PETERSON, Appellant,

v.

George BUSH, President and Laura Bush, Appellees.

No. 04–5053.

United States Court of Appeals, District of Columbia Circuit.

June 21, 2004.

Kenneth M. Peterson, Nashville, TN, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Defendants–Appellees.

Before GINSBURG, Chief Judge, and EDWARDS and RANDOLPH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the

brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed December 17, 2003 be affirmed. The court did not abuse its discretion in dismissing appellant's complaint without prejudice for non-compliance with Fed.R.Civ.P. 8(a). *See, e.g., Salahuddin v. Cuomo,* 861 F.2d 40, 42–43 (2d Cir.1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.